**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 07 C 4795<br><br>JUDGE: DARRAH |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | MAGISTRATE JUDGE: SCHENKIER |
| TEMPERATURE MAINTENANCE CORPORATION, an Illinois Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF FINAL JUDGMENT**

Now come Plaintiffs, the BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for an entry of Final Judgment against Defendant TEMPERATURE MAINTENANCE CORPORATION (hereinafter referred to as "TEMPERATURE") and in support of their Motion state as follows:

1. Plaintiffs filed their First Amended Complaint on October 9, 2007 for unpaid contributions, Union Dues, liquidated damages, interest and missing Contribution Reports.

2. On or about December 17, 2007, the Defendant filed its Answer to Plaintiffs' First Amended Complaint.

3. Thereafter, on December 21, 2008 Plaintiffs filed a Motion to Strike Defendant's Answer as non-compliant with Federal Rules of Civil Procedure 8(b) and 11. On January 16, 2008 this Court granted Plaintiffs' Motion to Strike Defendant's Answer and gave the Defendant until February 6, 2008 to file an Amended Answer.

4. Defendant did not file an Amended Answer or otherwise plead per the Court's Order of January 16, 2008.

5. On or about February 21, 2008, this Court entered a Default Judgment Order against the Defendant and ordered that the Defendant produce certain Contribution Reports and 401(k) Contribution Reports.

6. Defendant TEMPERATURE produced the missing Contribution Reports and 401(k) Contribution Reports on or about April 23, 2008.

7. Based on Reports submitted to the Fund Office, TEMPERATURE currently owes the Trust Funds $85,082.86 in unpaid contributions for the time period of April 2004 through the present. (*See* attached Affidavit of Greg Watson as Exhibit 1).

8. In addition, an audit was conducted by Legacy Professionals, L.L.P. on January 21, 2008 for the period of April 1, 2004 through December 31, 2007. The audit revealed that TEMPERATURE owes the FUNDS an additional $12,434.17 in unpaid contributions for the audited time period, and $5,748.47 in audit fees. (Affidavit of Greg Watson)

9. Due to the Defendant's failure to submit Contribution Reports and payments in a timely manner, liquidated damages and interest charges have accrued in the amount of $27,061.87 for the period of April 2004 through the present. (Affidavit of Greg Watson).

10. Additionally, Defendant owes the Funds $4,335.29 in unpaid 401(k) contributions, 401(k) liquidated damages and 401(k) interest for the time period of March 2006 through

November of 2007. (Affidavit of Greg Watson)

11. TEMPERATURE currently owes the Plaintiffs reasonable attorney fees and costs in the amount of $12,504.70 for the period of July 17, 2007 through the present. (*See* Affidavit of William P. Callinan as Exhibit 2).

12. The total principal balance due and owing to the Plaintiffs from the Defendant is $147,167.36. (Affidavit of Greg Watson)

13. Plaintiffs respectfully request this Honorable Court enter Final Judgment in favor of Plaintiffs and against the Defendant TEMPERATURE for unpaid contributions, liquidated damages, interest charges and reasonable attorney's fees and costs in the amount of $147,167.36. (Affidavit of Greg Watson.)

14. A proposed Final Judgment Order is attached hereto as Exhibit 3.

WHEREFORE, Plaintiffs pray that this Honorable Court enter an Order of Final Judgment in favor of Plaintiffs and against Defendant in the amount of $147,167.36.

                        Respectfully submitted,

                        JOHNSON & KROL, LLC

By:   /s/ William P. Callinan - 6292500
        One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587